VSDFVUNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL AIDAN FORSYTH,<br><br>  Plaintiff,<br><br>  v.<br><br>SPAGHETTI WAREHOUSE RESTAURANTS INC. et al.,<br><br>  Defendants. | Case No. 2:24-cv-04274-SB-AS<br><br><br>ORDER TO SHOW CAUSE |

 Relator Aidan Forsyth filed this False Claims Act action on May 23, 2024. Dkt. No. 1. On September 16, 2024, after the Government failed to appear before the expiration of the 60-day sealing period under 31 U.S.C. § 3730(b), the Court issued an order to show cause (OSC). Dkt. No. 11. The government responded by requesting that the deadline for its election to intervene be extended to March 20, 2025. Dkt. Nos. 12, 13. The Court granted the request and discharged the OSC, noting that it expected the government "to act with diligence in its investigation." Dkt. No. 14. That date has passed, and the government has neither made its election nor requested a continuance.

 Accordingly, by April 4, 2025, the government is ordered to show cause, in writing, why: (1) the complaint should not be unsealed due to the expiration of the sealing period and the absence of a showing of good cause for an extension; (2) the government should not be deemed to have declined to intervene under § 3730(b)(4)(B) because it failed to comply with the Court's order; and (3) sanctions should not be imposed for the noncompliance under Rule 16(f) and the Court's inherent authority.

Date: March 27, 2025

                 Stanley Blumenfeld, Jr.
                 United States District Judge